**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6987**

_____

ROMAN SEBASTIAN MONZON,

             Plaintiff - Appellant,

    v.

LARRY EVANS, Correctional Officer, RNCC,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:21-cv-00242-TTC-PMS)

_____

Submitted:  March 17, 2025                                    Decided:  May 6, 2025

_____

Before GREGORY, RUSHING, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roman Sebastian Monzon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roman Sebastian Monzon appeals the district court's order granting summary judgment in favor of Defendant Larry Evans and denying relief on Monzon's second amended 42 U.S.C. § 1983 complaint. Before we address the merits of the appeal, we grant Monzon's motion to accept his informal briefs as timely filed, and we deny as unnecessary his motions to exempt him from service requirements.

We have reviewed the record and find no reversible error in the district court's conclusion that Monzon failed to exhaust his administrative remedies. Accordingly, we affirm the district court's order. *Monzon v. Evans*, No. 7:21-cv-00242-TTC-PMS (W.D. Va. Sept. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*